IN THE SUPREME COURT OF TEXAS

 No. 09-0585

 IN RE DALLAS COUNTY, TEXAS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed July 17,
2009, is granted. All trial court proceedings in Cause No. 236-231665-08,
styled Dee Brown, Inc. v. Thos. S. Byrne, Ltd. v. Dallas County, in the
236th District Court of Tarrant County, Texas, are stayed pending further
order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., August 10,
2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 24, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk